```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/14/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
    LUIS ANDERSON, et al.,

                              Plaintiffs,

                -v-

    RIVER GREENE CONSTRUCTION GROUP, LLC,

                              Defendant.
-------------------------------------------------------------------X

16-CV-3684 (JMF)

ORDER TO
SHOW CAUSE

JESSE M. FURMAN, United States District Judge:

      No later than **August 28, 2017**, Plaintiffs' Counsel Jacob Aronauer shall show cause in writing, by letter brief not to exceed 15 pages (**and citing relevant legal authority**), why sanctions should not be imposed on him for his conduct throughout this litigation, including but not limited to the following:

- Submission of patently inadequate Proposed Findings of Fact and Conclusions of Law, only two-and-a-half pages in length, lacking a single citation to legal authority, and utterly useless to the Court in terms of trial preparation (*see* Docket No. 93);

- Submission as trial testimony recycled declarations made by Plaintiffs in support of a motion for default judgment almost a year prior, particularly given counsel's admission that he had not been in contact with one Plaintiff for a significant period of time (*see* Docket No. 96 (stating that counsel sent Plaintiff a letter on June 28, 2017, informing him that counsel would be withdrawing due to an ongoing lack of communication — less than a week after counsel submitted that Plaintiff's trial declaration)); and

- Failure to comply, on several occasions, with deadlines set by the Court and with proper filing procedures, including the failure to file any pre-trial materials by the deadline of June 19, 2017 (Docket No. 87), and the improper filing of the Amended Complaint, necessitating leave to file a Second Amended Complaint past the original deadline. (Docket Nos. 16-22).

Defendant is permitted, but not required, to file a response no later than **September 1, 2017**.

      SO ORDERED.

Dated: August 14, 2017
       New York, New York

                                                    _____
                                                    JESSE M. FURMAN
                                                    United States District Judge