# JACOB ARONAUER, ESQ.
## Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

August 29, 2017

**Via ECF**
The Honorable Jesse Furman
United States District Court
40 Foley Square
New York, New York 10007

    Re:  Anderson et al. v. River Greene Construction et al.
        16-cv-03684 (JMF)

Dear Judge Furman:

    Consistent with the Court's order (dkt 121) I submitted a letter motion as to why sanctions should not be issued against me (dkt 122).  I apologize for submitting this letter motion marked "discovery" but there was no category for "sanctions" in the "motions" category.  I also searched under "motions and related filings" so as to submit a memorandum of law but the Court's order to show cause was not listed.

    I appreciate the Court's patience.

Dated:   August 29, 2017
        New York, New York

                                                          Respectfully,

                                                          */s/ Jacob Aronauer*
                                                          Jacob Aronauer
                                                          *Attorney for Plaintiffs*